UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

David J. Hauser,

Petitioner,

vs. ORDER

Janet Reno, and
Constance Reese,

Respondents. Civ. No. 00-396 (DSD/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 8th day of May, 2000.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Respondents' Motion to Extend the time for responding to the Petitioner's Petition for Writ of Habeas Corpus. Good cause has been shown.

WHEREFORE, it is --

ORDERED:

FILED MAY 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

1. That the Respondents' Motion to Extend Time for Answering [Docket No. 5] is GRANTED.

2. That the Respondent shall be, and hereby is, granted an extension of time until **May 22, 2000**, in which to file his Answer to or otherwise respond in this matter.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE