# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David J. Hauser

Plaintiff

v.

Janet Reno and Constance Reese

Defendants

Case No. Civil 00-396 DSD/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's petition for habeas corpus relief is denied with prejudice.

DATE: March 19, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk